IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THOMAS C. BURTON, JR.,

                Plaintiff,

  v.                                         OPINION and ORDER

RICHARD SEDEVIC,                         24-cv-95-jdp

                Defendant.

---

Plaintiff Thomas C. Burton, Jr., proceeding without counsel, alleges that defendant correctional officer Richard Sedevic slammed his hand in his cell's trap door. I granted Burton leave to proceed on an Eighth Amendment claim.

Sedevic moved to compel Burton's discovery responses and to authorize release of his medical records, stating that Burton requested envelopes from him but did not otherwise respond to his requests. Dkt. 16. A copy of the court's briefing schedule for the motion to compel was sent to Burton at CCI but was returned as undeliverable. Burton was incarcerated at Columbia Correctional Institution when he filed the case but he has since been released and he has not updated Sedevic or the court with a new address. I warned Burton that he would need to update Sedevic and the court with his address if he was transferred or released. Because Burton has failed to do so, I will dismiss the case for his failure to prosecute it.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED for plaintiff's failure to prosecute it.
2. The clerk of court is directed to enter judgment accordingly and close the case.

3. All pending motions are DENIED as moot.

Entered March 28, 2025.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      JAMES D. PETERSON
                                      District Judge